# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gabriel Cassell,                            Civil No. 15-2598 (PJS/JJK)

       Plaintiff,

v.                                           **Order**

The County of Ramsey, et al.,

       Defendants.

---

Gabriel Cassell, 521 Beech Street, Pottstown, PA, Plaintiff *pro se*.

Robert B. Roche, Esq., Assistant County Attorney, Ramsey County Attorney's Office, St. Paul, MN, counsel for Defendants County of Ramsey and Ramsey County Attorney John Choi.

Jacob Campion, Esq., Assistant Attorney General, Minnesota Attorney General's Office, St. Paul, MN for Defendants Referee James Street and Judge Elena L. Ostby.

Marcus A. Jarvis, Esq., Marcus-Jarvis Law Limited, Brooklyn Park, MN, counsel for Defendant Marcus A. Jarvis.

Erbayne W. Jarvis, Esq., The Law Office Erbayne W. Jarvis, Brooklyn Park, MN, counsel for Defendant Erbayne W. Jarvis.

Barry A. O'Neil, Esq., and Michael N. Leonard, Esq., Lommen Abdo, P.A., counsel for Defendant La Fleur Law Office, PLLC.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 11, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

       **IT IS HEREBY ORDERED** that

1. The Defendants' Motions to Dismiss (Doc. No. 26, Doc. No. 33, Doc. No. 35, Doc. No. 49, Doc. No. 53) be **GRANTED**;

2. The Defendant's Motion for Judgment on the Pleadings (Doc. No. 57) be **GRANTED**;

3. The Plaintiff's Motion for Preliminary Injunction (Doc. No. 2) be **DENIED**;

4. Defendant Erbayne Jarvis's Motion for Rule 11 Sanctions (Doc. No. 74) be **GRANTED** and that Plaintiff be enjoined from filing future lawsuits relating to his state family court proceedings unless either (a) the pleadings related to any such lawsuit are signed, pursuant to Fed. R. Civ. P. 11, by an attorney admitted to this Court or (b) a judicial officer of this District has authorized the filing of such pleadings in advance; and

5. This action be **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 30, 2015

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge